Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 1250)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*FoxMind Canada Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., *Plaintiff* <br><br> v. <br><br> AIPINQI, *et al.*, *Defendants* | **CIVIL ACTION No. 24-cv-1929 (KPF)** |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff FoxMind Canada Enterprises Ltd. ("FoxMind" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant YCFUN in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: April 18, 2024                           Respectfully submitted,

                                               **EPSTEIN DRANGEL LLP**

BY:   /s/ Gabriela N. Nastasi
        Gabriela N. Nastasi
        gnastasi@ipcounselors.com
        EPSTEIN DRANGEL LLP
        60 East 42nd Street, Suite 1250
        New York, NY 10165
        Telephone:    (212) 292-5390
        Facsimile:    (212) 292-5391
        *Attorneys for Plaintiff*
        *FoxMind Canada Enterprises Ltd.*

```
The Clerk of Court is directed to terminate Defendant YCFUN from the
action.
```

**It is so ORDERED.**

Signed at New York, NY on   April 19, 2024.

_____
HON. KATHERINE POLK FAILLA
United States District Judge