Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 1250)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*FoxMind Canada Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., *Plaintiff* <br><br> v. <br><br> AIPINQI, *et al.*, *Defendants* | CIVIL ACTION No. 24-cv-1929 (KPF) |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff FoxMind Canada Enterprises Ltd. ("FoxMind" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Uberwith Direct in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: May 15, 2024                                    Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:   /s/ Gabriela N. Nastasi  
      Gabriela N. Nastasi  
      gnastasi@ipcounselors.com  
      EPSTEIN DRANGEL LLP  
      60 East 42nd Street, Suite 1250  
      New York, NY 10165  
      Telephone:    (212) 292-5390  
      Facsimile:     (212) 292-5391  
      *Attorneys for Plaintiff*  
      *FoxMind Canada Enterprises Ltd.*

```
The Clerk of Court is directed to terminate Defendant  Uberwith
Direct from the action.
```

**It is so ORDERED.**

Signed at New York, NY on   May 20   , 2024.

_____  
HON. KATHERINE POLK FAILLA  
United States District Judge